# Criminal Case Cover Sheet – U.S. District Court

## Place of Offense:
- City: Madison
- County/Parrish: Dane

co-defendants: Winfield Agee, Jason Hall, Darryl McDonald, Nikia Cannon, Daren Jones, Daniel Barlow, and Larry Dotson

## Related Case Information:
- Superseding:
- Same Defendant:
- Docket Number: 22-cr-00010-jdp
- New Defendant:
- Magistrate Judge Case Number: 19-mj-44
- Search Warrant Case Number:
- R 20 / R40 from District of:

## Defendant information:
- Matter to be Sealed: Yes ___ No ✓
- Def. Name: Kiayla Alston
- Alias Name:
- City/State: Madison, WI
- Year of Birth: 1993
- Last 4 digits of SSN:
- Sex: Female
- Race: Black

## U.S. Attorney Information:
- AARON D. WEGNER
- Bar #:
- Interpreter: ✓ No ___ Yes
- List language and/or dialect:

## Location Status:
- Arrest Date:
- ___ Already in Federal Custody as of: ___ in ___
- ___ Already in State Custody
- ___ On Pretrial Release

## U.S.C. Citations:
- Total # of Counts: 1
- ___ Petty
- ___ Misdemeanor
  - ___ Class A
  - ___ Class B
  - ___ Class C
- ✓ Felony

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 843(b) | Use of a cellular telephone in the commission of a felony | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: December 6, 2022

Signature: /s/ AARON D. WEGNER