IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| v. | Case No. 22-cr-00010-jdp |
| KIAYLA ALSTON, | 21 U.S.C. § 843(b) |
| Defendants. | |

---

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about June 17, 2019, in the Western District of Wisconsin, and elsewhere, the defendant,

KIAYLA ALSTON,

knowingly and intentionally used a communication facility in interstate commerce, namely, a cellular telephone, in facilitating the commission of a felony pursuant to Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to distribute cocaine.

(In violation of Title 21, United States Code, Section 843(b)).

12-6-2022
Date

TIMOTHY M. O'SHEA
United States Attorney